No. 17,167.

TERRELL *v.* HALL ET AL.
(271 P. [2d] 418)

Decided June 7, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. WILLIAM ATHA MASON, for plaintiff in error.

Mr. ROBERT DELANEY, Mr. KENNETH BALCOMB, for defendants in error.